# JacksonLewis

Jackson Lewis P.C.
44 South Broadway, 14th Floor
White Plains NY 10601
(914) 872-8060 Main
jacksonlewis.com

October 30, 2024

**VIA ECF**
The Honorable Judge Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10604-4150

Re:    **Kimberly Greenberg v. Visiting Nurse Services in Westchester, Inc., et al.**
       **Case No.: 7:23-cv-04252-KMK**

Dear Judge Karas:

We represent Defendants Visiting Nurse Services in Westchester ("VNSW" or the "Agency") and Andrea Winchester in the above referenced matter. We respectfully request that Your Honor reschedule the pre-motion conference set for November 13, 2024 at 11:00 am.

Defense counsel has a conflicting obligation to appear in person in Nassau county state court for a final pretrial conference on that date. This is the first request of this nature from Defendants.

Plaintiff's counsel consents to the rescheduling and has agreed on the following alternative dates and times for the conference:
- November 15th, 2024 (anytime);
- November 19th, 2024 (anytime);
- November 22nd, 2024 (anytime).

We thank you for your time and consideration of this request.

Respectfully submitted,

*/s/ Rebecca M. McCloskey*

Rebecca M. McCloskey
Rebecca.McCloskey@jacksonlewis.com
JACKSON LEWIS P.C.
cc: All Counsel of Record (via ECF)

Granted. The conference is adjourned to 11/19/24, at 3:00 via teleconference.
So Ordered.
10/31/24