# LIBERTY COUNSEL

**DISTRICT OF COLUMBIA**
109 Second Street NE
Washington, DC 20002
Tel 202-289-1776
Fax 407-875-0770
LC.org

**FLORIDA**
1053 Maitland Center Cmns Blvd
Maitland, FL 32751
Tel 407-875-1776
Fax 407-875-0770

**VIRGINIA**
1065 Airport Rd
Lynchburg, VA 24502
Tel 407-875-1776
Fax 407-875-0770
Liberty@LC.org

**REPLY TO FLORIDA**

November 13, 2024

**Via ECF**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York

Re: *Greenberg v. Visiting Nurses Servs. In Westchester, Inc., et al.*,
Case No. 7:23-cv-4252-KMK

Dear Judge Karas:

Following my discussion with Defendants' counsel about adjournment of the original date set for the pre-motion conference and this Court granting the requested adjournment and rescheduling the conference, a scheduling conflict arose on my calendar. Specifically, on the presently scheduled date and time of the conference, I will be on an airplane returning from a court appearance in California. On that basis, and upon consent of opposing counsel, I respectfully request that the pre-motion conference in the above-referenced matter be adjourned to one of the following dates: November 20th after 2:30 p.m.; November 22nd (anytime); or, November 26th (anytime).

I thank the Court for its anticipated courtesy.

Granted.

The conference is adjourned to
11/20/24 at 3:00 pm via
teleconference
So Ordered
11/13/24

Very Truly Yours,

/s/ Kristina S. Heuser
Kristina S. Heuser, Esq. (KH3612)
LIBERTY COUNSEL[1]
P.O. Box 540774
Orlando, FL 32854
(407) 875-1776
Email: kheuser@lc.org

---

[1] Please note the change of firm and contact information.